COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Karen Murray, individually and as representative of the Estate of Jean Pierre Anthony Jackson Smith v. Pinnacle Health Facilities XV d/b/a Woodridge Nursing & Rehabilitation

Appellate case number: 01-13-00527-CV

Trial court case number: 2012-49263

Trial court: 270th District Court of Harris County

Date motion filed: August 14, 2014

Party filing motion: Appellant

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Terry Jennings
Acting for the Court

Panel consists of: Justices Jennings, Bland, and Massengale

Date: August 28, 2014